UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT REORGANIZING CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, A New Jersey Corporation; CONTINENTAL INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>    Defendants. | Case No. SACV09-01208-JVS (ANx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CONTINENTAL INSURANCE COMPANY** |

WHEREAS, the parties' cross-motions for summary judgment came on regularly for hearing before this Court on December 20, 2011;

WHEREAS, the Court, having considered the papers filed in connection with the motions and argument of counsel, and having found there was no genuine issue of material fact, and good cause appearing therefor, issued its January 5, 2012 order (ECF No. 296) which, in pertinent part:

(1)     DENIED Plaintiff Signature Group Holdings, Inc's ("Plaintiff") motion for summary judgment as to all claims against Defendant Continental Insurance Company ("Continental"), except declaratory relief which was GRANTED in part to the extent of the conclusions declared in the January 5, 2012 order; and

(2)     GRANTED Continental's motion for summary judgment brought on all causes of action asserted against it by Plaintiff.

IT IS HEREBY ORDERED that pursuant to the Court's January 5, 2012 order granting Defendant Continental Insurance Company's motion for summary judgment on all causes of action asserted against it by Plaintiff and denying Plaintiff's motion for summary judgment as to all claims against Continental

1  (except declaratory relief which was granted in part to the extent of the conclusions
2  declared in the January 5, 2012 order) and Rule 54(b) of the Federal Rules of Civil
3  Procedure, the Court finds there is no just reason for delay and that judgment is
4  entered in favor of Defendant Continental Insurance Company and against Plaintiff
5  Signature Group Holdings, Inc., successor in interest to Fremont Reorganizing
6  Corporation.  As the prevailing party, Continental is entitled to its costs pursuant to
7  Rule 54.

**IT IS SO ORDERED.**

Dated: January 24, 2012

_____
Honorable James V. Selna
United States District Court Judge