PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
THOMAS H. PROUTY (SBN 238950)
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone:  (949) 622-2700
Facsimile:  (949) 622-2739

*Attorneys for Defendant*
FEDERAL INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FREMONT REORGANIZING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey corporation; CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. SA CV 09-01208 JVS (ANx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT IN FAVOR OF DEFENDANT FEDERAL INSURANCE COMPANY** |

20164750v2

[PROPOSED] JUDGMENT IN FAVOR OF FEDERAL INSURANCE COMPANY

WHEREAS the motion for summary judgment or, in the alternative, partial summary judgment in favor of Defendant Federal Insurance Company ("Federal") came on regularly for hearing before this Court on April 1, 2013, and having considered the papers filed in connection with the motion, and argument of counsel, and good cause appearing therefor, the Court finds that there is no genuine issue of material fact and that Federal is entitled to summary judgment on all claims asserted against it as a matter of law. (Dkt. No. 349, which is incorporated herein by reference.)

IT IS THEREFORE ORDERED THAT Federal's motion for summary judgment is hereby GRANTED, and judgment is hereby entered in favor of Federal Insurance Company against Signature Group Holdings, Inc. As the prevailing party, Federal is entitled to its costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-3.

IT IS SO ORDERED.

Dated: April 12, 2013  _____
Honorable James V. Selna
United States District Court Judge